RECEIVED

APR 1 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY ANN VINCENT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 04-1856 |
| E.I. DU PONT DE NEMOURS AND COMPANY, ET AL. | JUDGE DOHERTY |
| | MAG. METHVIN |

### ORDER

Considering Plaintiffs' Motion to Dismiss:

IT IS ORDERED that the suit filed by Plaintiffs, Nancy Ann Vincent, individually and on behalf of the estate of Guy J. Vincent, Sr., Guy Joseph Vincent, Jr., and Amanda Ann Vincent Fletcher, be and the same is hereby dismissed in full, with prejudice, at Plaintiffs' costs.

THUS ORDERED AND SIGNED this 16 day of April, 2007, at Lafayette, Louisiana.

UNITED STATES DISTRICT COURT JUDGE